FILED
2016 JUL 27 A 9:34
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Paul R. Dougherty | : | Case No. 11-23579 GLT |
|     Debtors | : | Chapter 13 |
| | : | Related to Docket No. 90 |
| Steidl and Steinberg, P.C., | : | |
|     Movant | : | |
| | : | |
| | : | |
|     vs. | : | |
| | : | |
| Office of the U.S. Trustee, Ronda Winnecour | : | |
| Trustee, Bank of America, Capital One, Chase | : | |
| Auto Finance Corp., Citibank, Discover Bank, | : | |
| Equitable Gas Co., Fifth Third Bank, GE Capital | : | |
| Retail Bank, GE Money Bank, IRS, JP Morgan | : | |
| Chase Bank, NationStar Mortgage, National | : | |
| Capital Management, PNC Bank, PRA | : | |
| Receivables Management, PA Dept. of Revenue, | : | |
| Portfolio Recovery Assoc., Recovery | : | |
| Management Systems Corp., Sam's | : | |
| Club/Discover, US Bank, Wells Fargo Bank, | : | |
| eCAST Settlement Corp. | : | |
|     Respondents | : | |

## ORDER OF COURT

AND NOW, to wit, this _27th Day of July_____, 2016, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Application for Interim Compensation is approved in the total amount of $6,375.50 for the period of April 8, 2011, through July 6, 2016;

2) The Applicant was previously paid $800.00 as a pre-petition retainer and an additional $2,300.00 through the Debtor's Chapter 13 Plan, leaving a residual unpaid balance of $3,275.50. While additional fees are approved in the amount of $3,275.50, the Applicant only seeks payment of $1,000.00 at this time. The Applicant may, if it so chooses, seek the payment of the remaining unpaid balance at a later date;

3) The Applicant previously did not receive a pre-petition retainer for expenses and the Applicant has not requested the reimbursement of any costs through this application;

4) Based on the foregoing, the Applicant is authorized to be paid an additional $1,000.00 in fees and $0.00 in expenses. Pursuant to the Amended Plan dated February 9, 2015 [Doc. No. 76] which was confirmed by the Confirmation Order dated March 31, 2015 [Doc. No. 83] the Applicant is

authorized (subject to approval of this fee application) to receive an additional $1,000.00 in attorney's fees.  Therefore, no amended plan is necessary at this time.

5) Payment of any fees in excess of those provided for in the Debtor's plan shall be addressed in an amended chapter 13 plan and shall not decrease the amount to be paid to other creditors.  Any necessary amended plan will be filed within twenty one (21) days from the date of this order.

6) This Order authorizes and directs the Chapter 13 Trustee to distribute the approved fees of $1,000.00 directly to the Applicant.

Prepared by:  Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated:  July 27, 2016

Gregory J. Taddonio    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul R. Dougherty
      Debtor

Case No. 11-23579-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 2     Date Rcvd: Jul 27, 2016
                    Form ID: pdf900     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.

```
db           +Paul R. Dougherty,   2607 Siesta Drive,   Pittsburgh, PA 15241-1728
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr            JP Morgan Chase Bank, NA Chase Auto Finance,   P O Box 901032,   Ft Worth, TX  76101-2032
13086659     +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13086658     +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
13190473     +Bank of America, N.A.s/b/m/t BAC Home Loan Servici,   7105 Corporate Dr,   PTX-B-209,
              Plano, TX 75024-4100
13107820    ++CITIBANK,   PO Box 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank South Dakota NA,   Payment Center,   4740 121st St,
              Urbandale, IA 50323)
13086660     +Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
13086661     +Citibank South Dakota NA,   c/o Phillips & Cohen Assocaites LTD,   Mail Stop 871,
              1004 Justinson Street,   Wilmington, DE 19801-5148
13141127     +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13086662     +Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
13104981     +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
13101419      JP Morgan Chase Bank, N.A,   PO Box 901032,   Ft. Worth, TX 76101-2032
13121149      JP Morgan Chase Bank, NA,   PO BOX 901032,   FT WORTH,TX 76101-2032
14105058    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
              PO Box 619096,   Dallas, TX 75261-9741)
13090321     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13086664     +PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
13145370     +PNC Bank,   PO Box 94982,   Cleveland, Ohio 44101-4982
13145401      PNC Bank,   623 Euclid Avenue,   Cleveland, OH  44010
13086665     +Sams's Club/Discover,   P.O. Box 960013,   Orlando, FL 32896-0013
13159754    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,   BANKRUPTCY DEPARTMENT,   P.O. Box 5229,
              Cincinnati OH 45201)
13095113     +Wells Fargo Bank,N.A.,   Business Direct Division,   100 W, Washington Street 8th Flr,
              Phoenix, AZ 85003-1803
13693022      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/Text: bk.notifications@jpmchase.com Jul 28 2016 01:43:27    Chase Auto Finance Corp.,
              201 N. Central Avenue, Floor 11,   Phoenix, AZ 85004-1071
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:28:04
              PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr            E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:48:51
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL  33131-1605
13110769      E-mail/Text: mrdiscen@discover.com Jul 28 2016 01:42:59    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13433528      E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:48:17    GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13128329      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:50:31    GE Money Bank,
              c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13086663     +E-mail/Text: cio.bncmail@irs.gov Jul 28 2016 01:43:16    Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
13294286     +E-mail/Text: bknotice@ncmllc.com Jul 28 2016 01:44:47    National Capital Management, LLC.,
              8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13226541      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:21:09
              Portfolio Recovery Associates,   PO BOX 41067,   Norfolk VA 23451
13117784      E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:51:34
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                     TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank Of America, N.A.
cr            NATIONSTAR MORTGAGE LLC
cr            Nationstar Mortgage LLC
13086666      Subaru Motors Finance,   c/o Chase,   PO Box 78076
cr*          +Citibank, N.A.,   701 East 60th Street North,   SIOUX FALLS, SD 57104-0493
cr*          +Discover Bank/DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
cr*         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE, LLC,   350 Highland Drive,
              Lewisville, TX  75067)
cr*          +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
              Memphis, TN 38125-1741
cr*          +PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
```

```
District/off: 0315-2          User: amaz              Page 2 of 2           Date Rcvd: Jul 27, 2016
                              Form ID: pdf900         Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
13615792*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13294487*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13519077*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13583402*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
13086667*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank Visa,    PO Box 790408,    Saint Louis, MO 63179)
13693023*      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                          TOTALS: 4, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
              bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Paul R. Dougherty julie.steidl@steidl-steinberg.com,
              npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
              idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Kenneth Steidl    on behalf of Plaintiff Paul R. Dougherty julie.steidl@steidl-steinberg.com,
              npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
              idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Margaret Gairo    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A. mcohen@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
              bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Chase Auto Finance Corp. mortonlaw.bcraig@verizon.net,
              donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                          TOTAL: 11
```