**Form 604**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul R. Dougherty** | : | Case No. 11−23579−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 95 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/2/16 at 11:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

        *AND NOW,* this *29th day of August, 2016,* a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 95 by the Chapter 13 Trustee,

        It is hereby *ORDERED, ADJUDGED and DECREED* that:

        (1)  *On or before October 13, 2016,* any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

        (2)  This Motion is scheduled for hearing on *November 2, 2016 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

        (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

        (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

        Gregory L. Taddonio, Judge
        United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-23579-GLT
Paul R. Dougherty                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2          Date Rcvd: Aug 29, 2016
                             Form ID: 604             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
```
db            +Paul R. Dougherty,   2607 Siesta Drive,   Pittsburgh, PA 15241-1728
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr             JP Morgan Chase Bank, NA Chase Auto Finance,   P O Box 901032,   Ft Worth, TX 76101-2032
13086659      +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13086658      +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
13190473      +Bank of America, N.A.s/b/m/t BAC Home Loan Servici,   7105 Corporate Dr,   PTX-B-209,
               Plano, TX 75024-4100
13107820     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank South Dakota NA,   Payment Center,   4740 121st St,
               Urbandale, IA 50323)
13086660      +Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
13086661      +Citibank South Dakota NA,   c/o Phillips & Cohen Assocaites LTD,   Mail Stop 871,
               1004 Justinson Street,   Wilmington, DE 19801-5148
13141127      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13086662      +Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
13104981      +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
13101419       JP Morgan Chase Bank, N.A,   PO Box 901032,   Ft. Worth, TX 76101-2032
13121149       JP Morgan Chase Bank, NA,   PO BOX 901032,   FT WORTH,TX 76101-2032
14105058     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
               PO Box 619096,   Dallas, TX 75261-9741)
13090321      +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13086664      +PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
13145401       PNC Bank,   623 Euclid Avenue,   Cleveland, OH 44010
13145370      +PNC Bank,   PO Box 94982,   Cleveland, Ohio 44101-4982
13086665      +Sams's Club/Discover,   P.O. Box 960013,   Orlando, FL 32896-0013
13159754     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,   BANKRUPTCY DEPARTMENT,   P.O. Box 5229,
               Cincinnati OH 45201)
13095113      +Wells Fargo Bank,N.A.,   Business Direct Division,   100 W, Washington Street 8th Flr,
               Phoenix, AZ 85003-1803
13693022       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bk.notifications@jpmchase.com Aug 30 2016 02:14:08    Chase Auto Finance Corp.,
               201 N. Central Avenue, Floor 11,   Phoenix, AZ 85004-1071
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 02:10:51
               PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:02
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL 33131-1605
13110769       E-mail/Text: mrdiscen@discover.com Aug 30 2016 02:13:42    Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13433528       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:09:37    GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13128329       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:10:10    GE Money Bank,
               c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13086663      +E-mail/Text: cio.bncmail@irs.gov Aug 30 2016 02:14:00    Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
13294286      +E-mail/Text: bknotice@ncmllc.com Aug 30 2016 02:15:05    National Capital Management, LLC.,
               8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13226541       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 02:10:50
               Portfolio Recovery Associates,   PO BOX 41067,   Norfolk VA 23451
13117784       E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:03
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                              TOTAL: 10
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank Of America, N.A.
cr             NATIONSTAR MORTGAGE LLC
cr             Nationstar Mortgage LLC
13086666       Subaru Motors Finance,   c/o Chase,   PO Box 78076
cr*           +Citibank, N.A.,   701 East 60th Street North,   SIOUX FALLS, SD 57104-0493
cr*            Discover Bank/DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
cr*          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC,   350 Highland Drive,
               Lewisville, TX 75067)
cr*           +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
               Memphis, TN 38125-1741
cr*           +PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
```

```
District/off: 0315-2          User: dbas            Page 2 of 2            Date Rcvd: Aug 29, 2016
                              Form ID: 604          Total Noticed: 33

                ***** BYPASSED RECIPIENTS (continued) *****
13615792*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                Lewisville, TX 75067)
13294487*      +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,
                Memphis, TN 38125-1741
13519077*      +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,
                Memphis, TN 38125-1741
13583402*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk, VA 23541)
13086667*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US Bank Visa,   PO Box 790408,   Saint Louis, MO 63179)
13693023*      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
                                                              TOTALS: 4, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Paul R. Dougherty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Kenneth  Steidl    on behalf of Plaintiff Paul R. Dougherty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Margaret  Gairo    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A. mcohen@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Chase Auto Finance Corp. mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                            TOTAL: 11