**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL R. DOUGHERTY<br><br>            Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>           Movant<br>          vs.<br>No Repondents. | Case No.:11-23579<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/03/2011 and confirmed on 7/29/11 . The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,466.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,466.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,300.00 | |
|    Trustee Fee | 1,947.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,247.34 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 18,997.22 | 0.00 | 18,997.22 |
|     Acct: 0580 | | | | |
|   FIFTH THIRD BANK(*) | 0.00 | 3,600.00 | 0.00 | 3,600.00 |
|     Acct: 9943 | | | | |
| | | | | 22,597.22 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL R. DOUGHERTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-16 | | | | |
|   INTERNAL REVENUE SERVICE* | 5,685.49 | 5,685.49 | 0.00 | 5,685.49 |
|     Acct: XXX3097 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7550 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7550 | | | | |
| | | | | 5,685.49 |
| **Unsecured** | | | | |
|   PNC BANK NA | 4,266.09 | 4,266.09 | 0.00 | 4,266.09 |
|     Acct: 4416 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2365 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0060 | | | | |
|   CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3496 | | | | |
|   CITIBANK NA(*) | 11,933.92 | 2,204.50 | 0.00 | 2,204.50 |
|     Acct: 0818 | | | | |
|   ECAST SETTLEMENT CORP | 801.00 | 147.97 | 0.00 | 147.97 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0487 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 7,664.06 | 1,415.75 | 0.00 | 1,415.75 |
| Acct: XXX6569 | | | | |
| PNC BANK NA | 18,958.94 | 3,502.20 | 0.00 | 3,502.20 |
| Acct: XXX2043 | | | | |
| ECAST SETTLEMENT CORP | 4,211.30 | 777.94 | 0.00 | 777.94 |
| Acct: 5295 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,794.97 | 701.03 | 0.00 | 701.03 |
| Acct: XXX9763 | | | | |
| WELLS FARGO BANK NA | 30,963.52 | 5,719.76 | 0.00 | 5,719.76 |
| Acct: 5982 | | | | |
| WELLS FARGO BANK NA | 5,273.14 | 974.08 | 0.00 | 974.08 |
| Acct: 8412 | | | | |
| DISCOVER BANK(*) | 1,151.29 | 212.67 | 0.00 | 212.67 |
| Acct: 1115 | | | | |
| INTERNAL REVENUE SERVICE* | 75.55 | 13.96 | 0.00 | 13.96 |
| Acct: XXX3097 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4547 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,935.95 |

TOTAL PAID TO CREDITORS                                                                 48,218.66

TOTAL
CLAIMED           5,685.49
PRIORITY              0.00
SECURED          89,093.78

Date: 08/26/2016                            /s/ Ronda J. Winnecour
                                            RONDA J WINNECOUR PA ID #30399
                                            CHAPTER 13 TRUSTEE WD PA
                                            600 GRANT STREET
                                            SUITE 3250 US STEEL TWR
                                            PITTSBURGH, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    PAUL R. DOUGHERTY<br><br>               Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>            vs.<br>    No Repondents. | Case No.:11-23579<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                           BY THE COURT:


                                                           _____
                                                           U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 11-23579-GLT
Paul R. Dougherty                                                  Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                  Page 1 of 2                  Date Rcvd: Aug 29, 2016
                               Form ID: pdf900             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db            +Paul R. Dougherty,    2607 Siesta Drive,    Pittsburgh, PA 15241-1728
cr            +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr             JP Morgan Chase Bank, NA Chase Auto Finance,     P O Box 901032,    Ft Worth, TX 76101-2032
13086659      +Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019
13086658      +Bank of America,    PO Box 5170,   Simi Valley, CA 93062-5170
13190473      +Bank of America, N.A.s/b/m/t BAC Home Loan Servici,     7105 Corporate Dr,    PTX-B-209,
                Plano, TX 75024-4100
13107820     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank South Dakota NA,      Payment Center,    4740 121st St,
                Urbandale, IA 50323)
13086660      +Capital One,    PO Box 105474,   Atlanta, GA 30348-5474
13086661      +Citibank South Dakota NA,     c/o Phillips & Cohen Assocaites LTD,    Mail Stop 871,
                1004 Justinson Street,    Wilmington, DE 19801-5148
13141127      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13086662      +Fifth Third Bank,    PO Box 740778,   Cincinnati, OH 45274-0778
13104981      +Fifth Third Bank,    P.O. Box 829009,   Dallas, TX 75382-9009
13101419       JP Morgan Chase Bank, N.A.,    PO Box 901032,   Ft. Worth, TX 76101-2032
13121149       JP Morgan Chase Bank, NA,    PO BOX 901032,   FT WORTH,TX 76101-2032
14105058     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      ATTN: Bankruptcy Department,
                PO Box 619096,   Dallas, TX 75261-9741)
13090321      +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
13086664      +PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
13145401       PNC Bank,    623 Euclid Avenue,   Cleveland, OH 44010
13145370      +PNC Bank,    PO Box 94982,   Cleveland, Ohio 44101-4982
13086665      +Sams's Club/Discover,    P.O. Box 960013,   Orlando, FL 32896-0013
13159754     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,     BANKRUPTCY DEPARTMENT,    P.O. Box 5229,
                Cincinnati OH 45201)
13095113      +Wells Fargo Bank,N.A.,    Business Direct Division,    100 W, Washington Street 8th Flr,
                Phoenix, AZ 85003-1803
13693022       eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bk.notifications@jpmchase.com Aug 30 2016 02:14:08     Chase Auto Finance Corp.,
                201 N. Central Avenue, Floor 11,    Phoenix, AZ 85004-1071
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 02:11:43
                PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:00
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13110769       E-mail/Text: mrdiscen@discover.com Aug 30 2016 02:13:42     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13433528       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:09:33     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13128329       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:11:10     GE Money Bank,
                c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13086663      +E-mail/Text: cio.bncmail@irs.gov Aug 30 2016 02:13:58     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
13294286      +E-mail/Text: bknotice@ncmllc.com Aug 30 2016 02:15:01     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13226541       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 02:10:49
                Portfolio Recovery Associates,    PO BOX 41067,   Norfolk VA 23451
13117784       E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:10:59
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Bank Of America, N.A.
cr             NATIONSTAR MORTGAGE LLC
cr             Nationstar Mortgage LLC
13086666       Subaru Motors Finance,    c/o Chase,   PO Box 78076
cr*           +Citibank, N.A.,    701 East 60th Street North,    SIOUX FALLS, SD 57104-0493
cr*            Discover Bank/DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
                Lewisville, TX 75067)
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                Memphis, TN 38125-1741
cr*           +PRA Receivables Management, LLC,    P.O. Box 41067,   Norfolk, VA 23541-1067
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                   Date Rcvd: Aug 29, 2016
                               Form ID: pdf900             Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
13615792*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                    Lewisville, TX 75067)
13294487*         +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                    Memphis, TN 38125-1741
13519077*         +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                    Memphis, TN 38125-1741
13583402*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                    Norfolk, VA 23541)
13086667*        ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                  (address filed with court: US Bank Visa,    PO Box 790408,    Saint Louis, MO 63179)
13693023*          eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                                TOTALS: 4, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Paul R. Dougherty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Kenneth Steidl    on behalf of Plaintiff Paul R. Dougherty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Margaret Gairo    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A. mcohen@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Chase Auto Finance Corp. mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                TOTAL: 11
```