**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul R. Dougherty** | Social Security number or ITIN  **xxx–xx–3097** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **11–23579–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul R. Dougherty

10/14/16                                                  **By the court:**    Gregory L. Taddonio
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-23579-GLT
Paul R. Dougherty                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Oct 14, 2016
                              Form ID: 3180W          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
```
db             +Paul R. Dougherty,    2607 Siesta Drive,    Pittsburgh, PA 15241-1728
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JP Morgan Chase Bank, NA Chase Auto Finance,    P O Box 901032,    Ft Worth, TX  76101-2032
13107820       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank South Dakota NA,     Payment Center,    4740 121st St,
                 Urbandale, IA 50323)
13086661       +Citibank South Dakota NA,    c/o Phillips & Cohen Assocaites LTD,    Mail Stop 871,
                 1004 Justinson Street,    Wilmington, DE 19801-5148
13086662       +Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778
13104981       +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
13101419        JP Morgan Chase Bank, N.A,    PO Box 901032,    Ft. Worth, TX 76101-2032
13121149        JP Morgan Chase Bank, N.A,    PO BOX 901032,    FT WORTH,TX 76101-2032
14105058       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 PO Box 619096,    Dallas, TX 75261-9741)
13090321       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13086664       +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
13145401        PNC Bank,   623 Euclid Avenue,    Cleveland, OH  44010
13145370       +PNC Bank,    PO Box 94982,    Cleveland, Ohio 44101-4982
13086665       +Sams's Club/Discover,    P.O. Box 960013,    Orlando, FL 32896-0013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 15 2016 01:40:15       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: CAUT.COM Oct 15 2016 01:18:00      Chase Auto Finance Corp.,
                 201 N. Central Avenue, Floor 11,    Phoenix, AZ 85004-1071
cr             +EDI: PRA.COM Oct 15 2016 01:18:00      PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Oct 15 2016 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13086658       +EDI: BANKAMER.COM Oct 15 2016 01:18:00      Bank of America,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13086659       +EDI: BANKAMER.COM Oct 15 2016 01:18:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
13190473       +EDI: BANKAMER.COM Oct 15 2016 01:18:00      Bank of America, N.A.s/b/m/t BAC Home Loan Servici,
                 7105 Corporate Dr,    PTX-B-209,    Plano, TX 75024-4100
13086660       +EDI: CAPITALONE.COM Oct 15 2016 01:18:00      Capital One,    PO Box 105474,
                 Atlanta, GA 30348-5474
13141127       +EDI: CITICORP.COM Oct 15 2016 01:18:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13110769        EDI: DISCOVER.COM Oct 15 2016 01:18:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13433528        EDI: RMSC.COM Oct 15 2016 01:18:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13128329        EDI: RESURGENT.COM Oct 15 2016 01:18:00      GE Money Bank,    c/o B-Line, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
13086663       +EDI: IRS.COM Oct 15 2016 01:18:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13294286       +E-mail/Text: bknotice@ncmllc.com Oct 15 2016 01:40:45       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13226541        EDI: PRA.COM Oct 15 2016 01:18:00      Portfolio Recovery Associates,    PO BOX 41067,
                 Norfolk VA 23451
13117784        EDI: RECOVERYCORP.COM Oct 15 2016 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13159754        EDI: USBANKARS.COM Oct 15 2016 01:18:00      U.S. Bank N.A.,    BANKRUPTCY DEPARTMENT,
                 P.O. Box 5229,    Cincinnati OH 45201
13086667        EDI: USBANKARS.COM Oct 15 2016 01:18:00      US Bank Visa,    PO Box 790408,
                 Saint Louis, MO 63179
13095113       +EDI: WFFC.COM Oct 15 2016 01:18:00      Wells Fargo Bank,N.A.,    Business Direct Division,
                 100 W, Washington Street 8th Flr,    Phoenix, AZ 85003-1803
13693022        EDI: ECAST.COM Oct 15 2016 01:18:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A.
cr              NATIONSTAR MORTGAGE LLC
cr              Nationstar Mortgage LLC
13086666        Subaru Motors Finance,    c/o Chase,    PO Box 78076
```

```
District/off: 0315-2              User: mgut               Page 2 of 2                   Date Rcvd: Oct 14, 2016
                                  Form ID: 3180W           Total Noticed: 35

cr*             +Citibank, N.A.,    701 East 60th Street North,     SIOUX FALLS, SD 57104-0493
cr*              Discover Bank/DB Servicing Corporation,     PO Box 3025,    New Albany, OH 43054-3025
cr*             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
cr*             +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                   Memphis, TN 38125-1741
cr*             +PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13615792*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
13294487*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                   Memphis, TN 38125-1741
13519077*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                   Memphis, TN 38125-1741
13583402*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541)
13693023*        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTALS: 4, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Kenneth Steidl    on behalf of Debtor Paul R. Dougherty julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
         Kenneth Steidl    on behalf of Plaintiff Paul R. Dougherty julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
         LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
         Margaret  Gairo    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
         Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A. mcohen@mwc-law.com
         Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         William E. Craig    on behalf of Creditor    Chase Auto Finance Corp. mortonlaw.bcraig@verizon.net,
          donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 11
```