FILED
10/14/16 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   PAUL R. DOUGHERTY

          Debtor(s)

   Ronda J. Winnecour
      Movant
      vs.
   No Repondents.

Case No.:11-23579

Chapter 13

Related to Docket No. 95

## ORDER OF COURT

AND NOW, this _14th Day of October, 2016, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
dfb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-23579-GLT
Paul R. Dougherty                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2           Date Rcvd: Oct 14, 2016
                              Form ID: pdf900         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
```
db          +Paul R. Dougherty,   2607 Siesta Drive,   Pittsburgh, PA 15241-1728
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr           JP Morgan Chase Bank, NA Chase Auto Finance,   P O Box 901032,   Ft Worth, TX  76101-2032
13086659    +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13086658    +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
13190473    +Bank of America, N.A.s/b/m/t BAC Home Loan Servici,   7105 Corporate Dr,   PTX-B-209,
              Plano, TX 75024-4100
13107820   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank South Dakota NA,    Payment Center,   4740 121st St,
              Urbandale, IA 50323)
13086660    +Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
13086661    +Citibank South Dakota NA,   c/o Phillips & Cohen Assocaites LTD,   Mail Stop 871,
              1004 Justinson Street,   Wilmington, DE 19801-5148
13141127    +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13086662    +Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
13104981    +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
13101419     JP Morgan Chase Bank, N.A.,   PO Box 901032,   Ft. Worth, TX 76101-2032
13121149     JP Morgan Chase Bank, NA,   PO BOX 901032,   FT WORTH,TX 76101-2032
14105058   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
              PO Box 619096,   Dallas, TX 75261-9741)
13090321    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13086664    +PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
13145401     PNC Bank,   623 Euclid Avenue,   Cleveland, OH  44010
13145370    +PNC Bank,   PO Box 94982,   Cleveland, Ohio 44101-4982
13086665    +Sams's Club/Discover,   P.O. Box 960013,   Orlando, FL 32896-0013
13159754   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,   BANKRUPTCY DEPARTMENT,   P.O. Box 5229,
              Cincinnati OH 45201)
13095113    +Wells Fargo Bank,N.A.,   Business Direct Division,   100 W, Washington Street 8th Flr,
              Phoenix, AZ 85003-1803
13693022     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bk.notifications@jpmchase.com Oct 15 2016 01:40:10      Chase Auto Finance Corp.,
              201 N. Central Avenue, Floor 11,   Phoenix, AZ 85004-1071
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2016 01:42:19
              PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr            E-mail/PDF: rmscedi@recoverycorp.com Oct 15 2016 01:43:32
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL  33131-1605
13110769      E-mail/Text: mrdiscen@discover.com Oct 15 2016 01:39:56      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13433528      E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2016 01:42:11      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13128329      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 15 2016 01:42:27      GE Money Bank,
              c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13086663     +E-mail/Text: cio.bncmail@irs.gov Oct 15 2016 01:40:06      Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
13294286     +E-mail/Text: bknotice@ncmllc.com Oct 15 2016 01:40:46      National Capital Management, LLC.,
              8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13226541      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2016 01:43:29
              Portfolio Recovery Associates,   PO BOX 41067,   Norfolk VA 23451
13117784      E-mail/PDF: rmscedi@recoverycorp.com Oct 15 2016 01:44:39
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank Of America, N.A.
cr            NATIONSTAR MORTGAGE LLC
cr            Nationstar Mortgage LLC
13086666      Subaru Motors Finance,   c/o Chase,   PO Box 78076
cr*          +Citibank, N.A.,   701 East 60th Street North,   SIOUX FALLS, SD 57104-0493
cr*           Discover Bank/DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
cr*         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC,   350 Highland Drive,
              Lewisville, TX  75067)
cr*          +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
              Memphis, TN 38125-1741
cr*          +PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
```

```
District/off: 0315-2          User: mgut                 Page 2 of 2                   Date Rcvd: Oct 14, 2016
                              Form ID: pdf900            Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
13615792*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:  Nationstar Mortgage, LLC,   350 Highland Drive,
                    Lewisville, TX 75067)
13294487*        +National Capital Management, LLC.,    8245 Tournament Drive,   Suite 230,
                    Memphis, TN 38125-1741
13519077*        +National Capital Management, LLC.,    8245 Tournament Drive,   Suite 230,
                    Memphis, TN 38125-1741
13583402*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
                    Norfolk, VA 23541)
13086667*       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court:  US Bank Visa,   PO Box 790408,   Saint Louis, MO 63179)
13693023*         eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
                                                                                             TOTALS: 4, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Paul R. Dougherty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Kenneth Steidl    on behalf of Plaintiff Paul R. Dougherty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Margaret Gairo    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A. mcohen@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Chase Auto Finance Corp. mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 11
```